NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3067

EVELYNN BROWN REMPLE,

Petitioner,

v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES,

Respondent.

Petition for review of the Merit Systems Protection Board in consolidated case nos. SF1221080562-W-2 and SF0752090148-I-1.

ON MOTION

Before GAJARSA, Circuit Judge.

ORDER

Evelynn Brown Remple moves to "disqualify and sanction all counsel representing the government" and "to issue a stay or injunction."

In her opposition to the respondent's motion for an extension of time to file its brief, Remple makes her requests to disqualify and sanction counsel and to issue a stay or injunction. Remple has not shown entitlement to the relief sought. The court notes that it granted the respondent's motion for an extension of time on May 4, 2010.

Accordingly,

IT IS ORDERED THAT:

Remple's motions are denied.

FOR THE COURT

MAY 1 8 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:   Evelynn Brown Remple
      Armando A. Rodriguez-Feo, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 8 2010

JAN HORBALY
CLERK

2010-3067                                                                    - 2 -